UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LOREN SCOTT,

Plaintiff,

vs.

KELKRIS ASSOCIATES, INC. dba
CREDIT BUREAU ASSOCIATES,

Defendant.

Case No. **2:10-CV-01654-WBS-EFB**

ORDER

IT IS HEREBY ORDERED that the Plaintiff's counsel's request to appear telephonically at the hearing on Defendant's Motion for Summary Judgment on January 17, 2012, is hereby granted. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated this 11th day of January, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE