UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN SCOTT, | ) Case No. **2:10-CV-01654-WBS-EFB** |
| | ) |
| Plaintiff, | ) ORDER |
| | ) |
| vs. | ) |
| | ) |
| KELKRIS ASSOCIATES, INC. dba | ) |
| CREDIT BUREAU ASSOCIATES, | ) |
| | ) |
| Defendant. | ) |

The court requests personal appearance by counsel at the hearing on Defendant's Motion for Attorney's Fees on March 26, 2012.  IT IS THEREFORE ORDERED that the Plaintiff's counsel's request to appear telephonically at the hearing, is hereby DENIED.

Dated this 23rd day of March, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order